IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:15MJ88 |
| | ) | |
| | ) | ORDER SEALING |
| | ) | CRIMINAL COMPLAINT, |
| v. | ) | AFFIDAVIT AND CAPTION |
| | ) | |
| FATHIA-ANNA DAVIS | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the criminal complaint, affidavit and caption thereof in this matter be sealed.

NOW THEREFORE IT IS ORDERED that the criminal complaint, affidavit and caption thereof, in this matter be sealed and remain sealed until such time as the United States thereafter moves for the unsealing of same.

This the 24th day of February, 2015.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE